Aug. 24, 1977.

377 A.2d 981

Al Schwartz, Inc. v. Drexel Motors, Inc., Appellant.

Argued June 21, 1977. Gary A. Krimstock, with him Irving L. Mazer, for appellant; Anne Marie Wallash, with her Dale Cleland, for appellee.

Judgment affirmed.